# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., et al., | )<br>)<br>) |
| Plaintiffs, | )   8:06CV524<br>) |
| v. | )   ORDER<br>) |
| SAMANTHA SMITH, | )<br>) |
| Defendant. | ) |

Upon review of the NOTICE OF SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT PAPERWORK [8] filed by the plaintiff,

**IT IS ORDERED:**

1. On or before December 15, 2006, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED November 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**